```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TBS LATIN AMERICA LINER, LTD.,      :
                                    :
                    Plaintiff,      :        ECF
                                    :        RULE 7.1 STATEMENT
         -against-                  :
                                    :
COMERCIAL E INDUSTRIAL DE BASICOS   :
S.A. DE C.V.                        :
                                    :
                    Defendant.      :
------------------------------------x
```

07 CV 11620

Courtesy Copy

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, TBS LATIN AMERICA LINER, LTD., certifies that the common shares of its corporate parent, TBS International Limited, are publicly held.

Dated:     New York, New York
           December 28, 2007

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff,
                              TBS LATIN AMERICA LINER, LTD.

                         By: _____
                              Tulio R. Prieto (TP 8455)

                              Office and P. O. Address
                              29 Broadway
                              New York, NY 10006
                              Tel:(212) 344-0464
                              Fax:(212) 797-1212