UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TBS LATIN AMERICAN LINER, LTD.,    :
                     Plaintiff,   :   ORDER APPOINTING
                                      PERSON TO SERVE
     -against-                    :   PROCESS
                                      07 Civ. 11620 (RJS)
COMERCIAL E INDUSTRIAL DE BASICOS  :
S.A. DE C.V.                       :
                     Defendant.    :
------------------------------------x

        Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

        Upon reading the Affidavit of Tulio R. Prieto, sworn to December 28, 2007, and good cause having been shown,

        IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated: New York, New York
        December 28, 2007

MICHAEL McMAHON,          CLERK

BY _____
       DEPUTY CLERK

United State District Judge

CERTIFIED COPY