UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
TBS LATIN AMERICAN LINER, LTD.,          :
                                         :  **ECF**
                    Plaintiff,           :
                                         :  **AFFIDAVIT IN**
                                         :  **SUPPORT OF PERSON**
        -against-                        :  **TO SERVE PROCESS**
                                         :  07 Civ. 11620 (RJS)
COMERCIAL E INDUSTRIAL DE BASICOS        :
S.A. DE C.V.                             :
                                         :
                    Defendant.           :
----------------------------------------x

STATE OF NEW YORK  )
                   ss.:
COUNTY OF NEW YORK )

   TULIO R. PRIETO, being duly sworn, deposes and says:

   1. I am a member of the Bar of this court, a member of the law firm of Cardillo & Corbett, attorneys for Plaintiff, and am fully familiar with the facts and circumstances in the captioned matter.

   2. This affidavit is made pursuant to Rule 4(c) of the Federal Rules of Civil Procedure in support of an order to appoint myself, Robert V. Corbett, Christophil B. Costas, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett, in addition to the United States Marshal, to serve the Verified Complaint, the Process of Maritime Attachment and Garnishment, and other process in this action.

3. The granting of this request will result in expediting the service of process. The action involves a claim for breach of maritime contract ("Charter Party") by Defendant. Said Defendant cannot be found within this District but it has or will have funds, monies, credits and debts in this District in the hands of ABN Amro Bank NV, American Express Bank, Bank of America, Bank of Communications Co. Ltd. New York Branch, Bank of New York, Barclays Bank, BNP Paribas, Citibank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank, UBS AG and/or Wachovia Bank, that can be attached, and it is desirable to expedite service of process to prevent such funds, monies, credits or debts from being disbursed.

WHEREFORE, it is respectfully requested that the order be granted appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve process in this action.

TULIO R. PRIETO

Sworn to before me this 28th day of December, 2007

NOTARY PUBLIC
CHRISTOPHIL B. COSTAS
Notary Public, State of New York
No. 31-0773693
Qualified in New York County
Commission Expires April 30, 2011

2