*Sullivan, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TBS LATIN AMERICAN LINER, LTD.,      :
                                     :
                        Plaintiff,   :   ECF
                                     :   NOTICE OF DISMISSAL
            -against-                :   PURSUANT TO FRCP
                                     :   RULE 41(a)(1)
COMERCIAL E INDUSTRIAL DE BASICOS    :   07 Civ. 11620 (RJS)
S.A. DE C.V.                         :
                                     :
                        Defendant.   :
------------------------------------x

PLEASE TAKE NOTICE that the captioned action is hereby dismissed without prejudice. The defendant has not appeared or served an answer in this action.

Dated:   New York, New York
         January 23, 2008

                            CARDILLO & CORBETT
                            Attorneys for Plaintiff,
                            TBS LATIN AMERICAN LINER, LTD.

                      By:   _____
                            Tulio R. Prieto (TP 8455)

                            Office and P.O. Address
                            29 Broadway, Suite 1710
                            New York, New York 10006
                            Tel: (212) 344-0464

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

SO ORDERED
Dated: 1/24/08
                            RICHARD J. SULLIVAN
                            U.S.D.J.